AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Juan GOMEZ Montiel | )<br>)<br>)<br>)<br>)<br>)<br>) |
| _____<br>*Defendant(s)* | ) |

Case No.  25-4728 MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____04/05/2024_____ in the county of _____Dona Ana_____ in the _____ District of _____New Mexico_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1324(a)(1)(A)(v)(I): Conspiracy to Transport Ilegal Aliens. | Engage in a conspiracy with others known and unknown to commit a violation of 8 USC 1324 (a)(1)(A)(v)(I)(Conspiracy to Violate 1324-All subsections), to wit: knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown, to commit offenses against the United States, namely: to transport, move, and attempt to transport and move an alien within the United States by means of transportation and otherwise. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Samuel Day, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

by telephone.  JHR

Date: _____XXXXXXXXXX 11/08/25_____

_____
*Judge's signature*

City and state: _____Las Cruces, New Mexico_____

Jerry H. Ritter, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

V.

JUAN GOMEZ MONTIEL aka "EL OSO"

1. On November 6, 2025, HSI Special Agent S. Day and HSI TFO O. Martinez interviewed Material Witness 1 (Matwit 1) at the Texas Department of Public Safety building in El Paso, Texas. On November 7, 2025, HSI agents interviewed Material Witness 2 (Matwit 2) at a residence in El Paso, Texas.

2. Matwit 1 stated to agents that in March of 2024 they became aware that an individual whom they personally knew, Juan Gomez Montiel, (also known as El Oso or Osito) was involved in the smuggling of illegal aliens from Mexico to the United States. Matwit 1 stated that they had a friend (Matwit 2) who lived in Juarez, Mexico who wanted to be illegally crossed into the United States. Matwit 1 stated that they passed along Matwit 2's information to Gomez Montiel and told him that they had a friend who needed to be crossed into the United States. According to Matwit 2, sometime in late March 2024, Juan Gomez Montiel contacted him by phone call and stated that it would cost $2,2000 in total to cross them into the United States illegally. Matwit 2 stated that they entered into an agreement with Gomez Montiel on the phone. Matwit 2 stated that Gomez Montiel put them in contact with a Juarez based smuggler who goes by "Polo."

3. Matwit 1 stated to agents that Gomez Montiel reached out to them and instructed them to tell Matwit 2 to be ready to cross the border near the Cristo Rey area in Sunland Park, New Mexico because at that time of year there was a light US Border Patrol presence in the area.

4. Matiwit 1 stated that he then informed Matwit 2 to be ready to cross the border. Matwit 2 stated that on April 4, 2024, "Polo" picked him up from his house in Juarez and transported him to another house in Juarez to prepare to cross the border. There, Matwit 2 stated that they paid "Polo" $1700 in cash for the smuggling event. Matwit 2 stated that after a few hours of waiting at the second house, "Polo" stated that they would be unable to cross that day because the area was too "hot."

5. Matwit 2 then stated that on April 5, 2024, "Polo" and a foot-guide picked them up around 10am in a silver Hyundai vehicle. Matwit 2 stated that they were then driven to the border. At the border, "Polo" removed a board that was covering a hole that had been cut in the border fence. "Polo" then instructed Matwit 2 and the foot-guide to hurry and run through the gap in the fence.

1

6. Matwit 2 stated that once they and the foot-guide crossed the border into the United States, the foot-guide attempted to call a driver to pick them up but was unsuccessful in contacting him. Matwit 2 then contacted a former boss that had a house in the area. Matwit 2's former boss stated that Matwit 2 and the foot-guide could wait outside his house at an address in Sunland Park, New Mexico.

7. Matwit 2 stated that they then called their brother to come and pick them up. Matwit 2 stated that their brother then came to pick them up in Sunland Park, New Mexico and transported them to El Paso, Texas. Matwit 2 stated that the foot-guide insisted that they be driven to the Fast Tire auto shop in El Paso, Texas because Oso had to pay him for guiding Matwit 2.

8. Matwit 2 stated that they drove directly to the Fast Tire in El Paso, Texas where their brother dropped them off. Matwit 2 stated that Juan Gomez Montiel was at the shop and asked them if everything went well with their trip. Matwit 2 stated that he then observed Gomez Montiel pay the foot-guide an unknown amount of cash for his work in acting as a guide for Matwit 2. Matwit 2 stated that they shook hands with Gomez Montiel, and then left the location.

9. Matwit 2 stated that approximately every three days and every Friday, Gomez Montiel would call them and request the remainder of the smuggling fee that he was owed - $500. Agents observed a text message on Matwit 2's phone from June 14, 2024 from Gomez Montiel. The text message stated "Go ahead [Matwit2], I will see you this evening." Matwit 2 stated that the context of this message from Gomez Montiel was that he wanted to meet with Matwit 2 to collect the $500 that was owed to Gomez Montiel.

10. Both Matwit 1 and Matwit 2 were shown a 6-photo lineup of Juan Gomez Montiel. Both Matwit 1 and 2 correctly identified Juan Gomez Montiel as Oso and stated that he was the Human Smuggling coordinator who coordinated Matwit 2's illegal entry into the United States.