FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 3 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 25. 5041 mis |
| | ) | |
| vs. | ) | Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I): |
| | ) | Conspiracy to Bring In and Transport |
| | ) | Illegal Aliens; |
| JUAN GOMEZ MONTIEL, a.k.a. "El | ) | |
| Oso," a.k.a. "Osito," | ) | |
| | ) | Count 2: 8 U.S.C. §§ 1324(a)(2)(B)(ii), |
| Defendant. | ) | (a)(2)(B)(iii): Bringing in Illegal Aliens; 18 |
| | ) | U.S.C. § 2: Aiding and Abetting; |
| | ) | |
| | ) | Count 3: 8 U.S.C. § 1324(a)(1)(A)(ii): |
| | ) | Transporting an Illegal Alien; 8 U.S.C. § |
| | ) | 1324(a)(1)(A)(v)(II): Aiding and Abetting. |

INDICTMENT

The Grand Jury charges:

Count 1

From on or about March 2024, and continuing to on or about April 5, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **JUAN GOMEZ MONTIEL, a.k.a. "El Oso," a.k.a. "Osito,"** unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 8 U.S.C. §§ 1324(a)(1)(A)(i) and (ii), specifically, bringing in and transporting illegal aliens.

In violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I).

Count 2

On or about April 5, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **JUAN GOMEZ MONTIEL, a.k.a. "El Oso," a.k.a. "Osito,"** knowingly and in reckless disregard of the fact that E.S.-M., an alien, had not received prior official authorization

to come to, enter and remain in the United States, brought and attempted to bring E.S.-M. to the United States for the purpose of commercial advantage and private financial gain.

In violation of 8 U.S.C. §§ 1324(a)(2)(B)(ii), (a)(2)(B)(iii), and 18 U.S.C. § 2.

<u>Count 3</u>

On or about April 5, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **JUAN GOMEZ MONTIEL, a.k.a. "El Oso," a.k.a. "Osito,"** knowingly and in reckless disregard of the fact that E.S.-M., an alien, had come to, entered and remained in the United States in violation of law, transported and moved, and attempted to transport and move said alien within the United States by means of transportation, specifically, by private vehicle and otherwise, in furtherance of such violation.

In violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(A)(v)(II).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

2